# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>DIEHL, MARY GRACE | 2. Court or Organization<br><br>UNITED STATES BANKRUPTCY COURT | 3. Date of Report<br><br>05/06/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

1215 UNITED STATES COURTHOUSE
75 SPRING STREET S.W.
ATLANTA, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Member, Board of Governors/President-Elect | National Conference of Bankruptcy Judges |
| 3. | Member, Board of Directors | American Bankruptcy Institute |
| 4. | Vice President | American College of Bankruptcy |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Contract with LexisNexis/Collier to edit book on Professional Compensation in Bankruptcy Cases |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Lexis/Nexis Royalties | $2,658.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Graduate Fellowship Georgia State University |
| 2. | 2014 | Self Employed Attorney |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 7-11, 2014 | Chicago, IL | Judges Conference | Reimbursement of Travel and Hotel |
| 2. | American College of Bankruptcy | March 13-16, 2014 | Washingon, DC | Professional Meeting | Partial Reimbursementof Travel and Hotel |
| 3. | American Bankruptcy Institute | April 24-27, 2014 | Washington, DC | Educational Seminar Speaker | Reimbursement of Travel and Hotel |
| 4. | Turnaround Management Association | February 8-10, 2014 | Big Sky, Montana | Certification Oversight Committee Meeting | Reimbursement of Travel |
| 5. | National Conference of Bankruptcy Judges | April 6-8, 2014 | Kansas CIty, MO | Mid-Year Meeting | Reimbursement of Hotel and Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/06/2015 |

| # | | | | |
|---|---|---|---|---|
| 6. | National Assn of Bankruptcy Trustees | April 3-5, 2014 | Miami, FL | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 7. | National Assn of Bankruptcy Trustees | September 9-13, 2014 | Salt Lake City, UT | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 8. | Turnaround Management Assn | September 29-October 1, 2014 | Toronto, ONT (Canada) | Speaker at Educational Seminar; Certification Oversight COmmittee Meeting | Reimbursement of Travel and Hotel |
| 9. | American Bankruptcy Institute | December 3-6, 2014 | La Quinta, CA | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 10. | Turnaround Managment Assocation | May 6-8, 2014 | Chicago, IL | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 11. | American Bankruptcy Institute | January 22-24, 2014 | Denver, CO | Speaker at Educations Seminar | Reimbursement of Travel and Hotel |
| 12. | Univeristy of Miami School of Law | February 21-23, 2014 | Miami, FL | Judge at Moot Court COmpetition | Reimbursement of Travel and Hotel |
| 13. | American Bankruptcy Institute | July 24-27, 2014 | Amelia Island, FL | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 14. | ICLE-Georgia | October 23-4, 2014 | Greensboro, GA | Speaker at Educational Seminar | Reimbursement of Hotel |
| 15. | National Conference of Bankruptcy Judges | December 14-15, 2014 | Washington DC | Meeting at Supreme Court | Reimbursement of Travel, Hotel and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Bank of America Accounts | A | Interest | M | T | | | | | |
| 2.   Mass Mutual Life Insurance Policy#1 | C | Dividend | M | T | | | | | |
| 3.   Mass Mutual Insurance Policy #2 | C | Dividend | M | T | | | | | |
| 4.   Prudential Insurance Policy | A | Interest | K | T | | | | | |
| 5.   Brokerage Account #1 ▓ | | | | | | | | | |
| 6.   --Bank Deposit Account- FIA Card services | A | Interest | L | T | | | | | |
| 7.   --MFS Value Fund Class A | C | Dividend | M | T | Sold (part) | 02/28/14 | K | D | |
| 8. | | | | | Sold (part) | 05/22/14 | J | B | |
| 9. | | | | | Sold (part) | 05/29/14 | K | D | |
| 10. | | | | | Buy (add'l) | 06/05/14 | K | | |
| 11.   -Bank of America (formerly ML Bank) | A | Interest | L | T | | | | | |
| 12.   --Thornburg International Value Fund Cl 1 | | None | | | Sold (part) | 02/28/14 | K | A | |
| 13. | | | | | Sold | 03/07/14 | M | A | |
| 14.   --Hartford Growth Opportunities Fund Cl A | D | Dividend | M | T | Sold (part) | 02/28/14 | K | D | |
| 15. | | | | | Sold (part) | 05/29/14 | K | D | |
| 16. | | | | | Buy (add'l) | 06/04/14 | K | | |
| 17.   --American Euro Pacific Growth Fund Cl F | B | Dividend | L | T | Sold (part) | 02/28/14 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 05/22/14 | J | A | |
| 19. | | | | | Sold (part) | 05/29/14 | L | A | |
| 20. | | | | | Sold (part) | 06/04/14 | L | A | |
| 21. --Wells Fargo Advantage Small Cap Fund A | B | Distribution | K | T | Sold (part) | 02/28/14 | J | B | |
| 22. | | | | | Sold (part) | 05/29/14 | J | A | |
| 23. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 24. -- American Century Small Cap f/k./a Amer Century Investor Fund | | None | K | T | Buy (add'l) | 06/05/14 | J | | |
| 25. --Eaton Vance Large Cap Value Fund Class A | C | Dividend | M | T | Sold (part) | 02/28/14 | K | B | |
| 26. | | | | | Sold (part) | 05/22/14 | J | A | |
| 27. | | | | | Sold (part) | 05/29/14 | K | C | |
| 28. | | | | | Buy (add'l) | 06/04/14 | K | | |
| 29. --ISHARES RUSSELL 1000 Growth Index Fund | B | Dividend | M | T | Sold (part) | 02/28/14 | K | D | |
| 30. | | | | | Sold (part) | 05/22/14 | J | A | |
| 31. | | | | | Sold (part) | 05/29/14 | K | D | |
| 32. | | | | | Buy (add'l) | 06/04/14 | K | | |
| 33. --ISHARES RUSSELL 1000 Value Index | C | Dividend | M | T | Sold (part) | 02/28/14 | K | D | |
| 34. | | | | | Sold (part) | 04/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 05/22/14 | J | B | |
| 36. | | | | | Sold (part) | 05/29/14 | K | D | |
| 37. | | | | | Buy (add'l) | 06/04/14 | K | | |
| 38. --Dreyfus Appreciation Fd | B | Dividend | M | T | Sold (part) | 02/28/14 | K | C | |
| 39. | | | | | Sold (part) | 04/15/14 | J | A | |
| 40. | | | | | Sold (part) | 05/22/14 | J | B | |
| 41. | | | | | Sold (part) | 05/29/14 | K | D | |
| 42. | | | | | Buy (add'l) | 06/04/14 | K | | |
| 43. --Thomas White Int. Fund | A | Dividend | L | T | Sold (part) | 02/28/14 | K | C | |
| 44. | | | | | Sold (part) | 05/22/14 | J | A | |
| 45. | | | | | Sold (part) | 05/29/14 | L | D | |
| 46. | | | | | Sold (part) | 06/04/14 | L | E | |
| 47. --American Century Small Cap Val Fd (ASVIX) | B | Dividend | K | T | Sold (part) | 02/28/14 | J | A | |
| 48. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 49. --JP Morgan Undscvrd Mngrs (UBVSX) | A | Dividend | K | T | Sold (part) | 02/28/14 | J | A | |
| 50. | | | | | Sold (part) | 05/22/14 | J | A | |
| 51. | | | | | Sold (part) | 05/29/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 53. --Hancock Horizon Diversified Intl Fd Inst | A | Dividend | L | T | Buy | 03/07/14 | M | | |
| 54. | | | | | Sold (part) | 04/15/14 | J | A | |
| 55. | | | | | Sold (part) | 05/22/14 | J | A | |
| 56. | | | | | Sold (part) | 05/29/14 | L | B | |
| 57. | | | | | Sold (part) | 06/04/14 | L | C | |
| 58. | | | | | Sold (part) | 06/04/14 | L | C | |
| 59. Brokerage Acct #2 ▓ | | | | | | | | | |
| 60. --Georgia St Rd & Twy Auth Rev | A | Interest | K | T | Sold (part) | 03/12/14 | K | A | |
| 61. | | | | | Sold (part) | 04/10/14 | J | A | |
| 62. --University Houston Tex | A | Interest | K | T | Sold (part) | 05/29/14 | K | C | |
| 63. --Gwinnett Cnty Ga Wtr & Sew Ser A | A | Interest | K | T | Sold (part) | 10/09/14 | J | A | |
| 64. --Gwinnett Cty Ga Sch | | None | | | Sold (part) | 02/10/14 | J | A | |
| 65. | | | | | Sold (part) | 09/09/14 | J | A | |
| 66. | | | | | Sold | 10/10/14 | J | A | |
| 67. --Dekalb Private Hosp Auth | B | Interest | K | T | | | | | |
| 68. --Columbia Co Ga Wtr & Sew | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Athens-Clarke Cnty GA Uni Govt Auth Rev | B | Interest | K | T | | | | | |
| 70. --Athens Clarke County GA UNI Govt Sales Tax:Jail | B | Interest | L | T | Sold (part) | 08/08/14 | J | A | |
| 71. --Connecticut St Spl Tax Oblig Rev Ser A | A | Interest | K | T | | | | | |
| 72. --Metro Atlanta RTA GA SLS TaxRV Third Series | B | Interest | K | T | | | | | |
| 73. Brokerage Acct #3 | | | | | | | | | |
| 74. --SP 500 ARN Issuer BAC/due 5/29/14 | | None | | | Redeemed | 05/29/14 | M | E | |
| 75. --SP500 ARN Issuer BAC/due 1/30/2015 | | None | K | T | | | | | |
| 76. --SP500 ARN Issuer CS/due 7/31/15 | | None | N | T | Buy | 05/29/14 | N | | |
| 77. --SX5E ARN Issuer DB/due 7/31/15 | | None | N | T | Buy | 05/29/14 | N | | |
| 78. --SX5E ARN Issuer SEK/due 4/24/15 | | None | M | T | Buy | 02/27/14 | M | | |
| 79. IRA #1 | | | | | | | | | |
| 80. --ML Winton FuturesAccess LLC | | None | M | T | | | | | |
| 81. IRA #2 | | | | | | | | | |
| 82. --Thornburg International Value Fund | | None | | | Sold | 03/07/14 | K | B | |
| 83. --Hartford Growth Opportunities Fund Cl A | A | Int./Div. | K | T | Buy (add'l) | 03/19/14 | J | | |
| 84. | | | | | Sold (part) | 03/10/14 | J | A | |
| 85. | | | | | Buy (add'l) | 06/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --American Euro Pacific Growth Fund Cl F | B | Int./Div. | K | T | Buy (add'l) | 03/19/14 | J | | |
| 87. | | | | | Sold (part) | 03/10/14 | J | A | |
| 88. | | | | | Sold (part) | 06/04/14 | K | B | |
| 89. --Wells Fargo Advantage Small Cap Gr Fund A | A | Int./Div. | J | T | Buy (add'l) | 02/21/14 | J | | |
| 90. | | | | | Buy (add'l) | 03/19/14 | J | | |
| 91. | | | | | Sold (part) | 03/10/14 | J | A | |
| 92. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 93. --American Century New Opportunities II Investor Fund | A | Int./Div. | J | T | Buy (add'l) | 02/21/14 | J | | |
| 94. | | | | | Buy (add'l) | 03/19/14 | J | | |
| 95. | | | | | Sold (part) | 03/10/14 | J | A | |
| 96. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 97. --MFS Value Fund Cl A | A | Int./Div. | K | T | Buy (add'l) | 02/21/14 | J | | |
| 98. | | | | | Buy (add'l) | 03/19/14 | J | | |
| 99. | | | | | Sold (part) | 03/10/14 | J | A | |
| 100. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 101. --Eaton Vance Large Cap Value FUnd Class A | A | Int./Div. | K | T | Buy (add'l) | 02/21/14 | J | | |
| 102. | | | | | Buy (add'l) | 03/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 03/10/14 | J | A | |
| 104. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 105. --FIA Card Services (formerly ML Bank USA RASP) | A | Interest | K | T | | | | | |
| 106. --ISHARES RUSSELL 1000 Growth | A | Int./Div. | K | T | Buy (add'l) | 03/19/14 | J | | |
| 107. | | | | | Sold (part) | 03/10/14 | J | A | |
| 108. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 109. --ISHARES RUSSELL 1000 Value | A | Int./Div. | K | T | Buy (add'l) | 02/21/14 | J | | |
| 110. | | | | | Buy (add'l) | 03/19/14 | J | | |
| 111. | | | | | Sold (part) | 03/10/14 | J | A | |
| 112. | | | | | Buy (add'l) | 06/06/14 | J | | |
| 113. --Dreyfus Appreciation Fd | A | Int./Div. | K | T | Buy (add'l) | 03/19/14 | J | | |
| 114. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 115. --Thomas White International Fund | A | Int./Div. | K | T | Buy (add'l) | 03/19/14 | J | | |
| 116. | | | | | Sold (part) | 06/04/14 | K | C | |
| 117. --American Century Small Cap Val FD Investor(ASVIX) | A | Int./Div. | J | T | Buy (add'l) | 02/21/14 | J | | |
| 118. | | | | | Sold (part) | 03/10/14 | J | A | |
| 119. | | | | | Buy (add'l) | 06/04/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --JP Morgan Undscvrd Mngrs (UBVSX) | A | Int./Div. | J | T | Buy (add'l) | 02/21/14 | J | | |
| 121. | | | | | Sold (part) | 03/10/14 | J | A | |
| 122. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 123. --Hancock Horizon Diversified Intl Fd | A | Dividend | K | T | Buy | 03/10/14 | K | | |
| 124. | | | | | Buy (add'l) | 03/19/14 | J | | |
| 125. | | | | | Sold (part) | 06/04/14 | K | A | |
| 126. IRA #3 | | | | | | | | | |
| 127. -FIA Card Svcs (Formerly -ML Bank USA RASP) | A | Interest | L | T | | | | | |
| 128. SP 500 ARN Issuer BAC | | None | N | T | | | | | |
| 129. --MFS Value Fund | C | Int./Div. | M | T | Buy (add'l) | 02/21/14 | J | | |
| 130. | | | | | Buy (add'l) | 06/04/14 | K | | |
| 131. --Thornburg International Value Fund Cl I | | None | | | Sold | 03/10/14 | M | B | |
| 132. --Hartford Growth Opportunities Fund Cl A | A | Int./Div. | M | T | Buy (add'l) | 06/04/14 | K | | |
| 133. --American Euro Pacific Growth Fund Cl F | B | Int./Div. | K | T | Sold (part) | 06/04/14 | L | C | |
| 134. --Wells Fargo Advantage Small Cap Fund A | A | Int./Div. | K | T | Buy (add'l) | 02/24/14 | J | | |
| 135. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 136. --American Century New Opportunities Investor Fund | A | Int./Div. | K | T | Buy (add'l) | 03/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 138. --Thomas White International Fund | B | Int./Div. | K | T | Sold (part) | 06/04/14 | L | D | |
| 139. --Eaton Vance Large Cap Value Fund Class A | B | Int./Div. | L | T | Buy (add'l) | 02/21/14 | J | | |
| 140. | | | | | Buy (add'l) | 06/04/14 | K | | |
| 141. --ISHARES RUSSELL 1000 Growth | B | Int./Div. | M | T | Buy (add'l) | 06/04/14 | J | | |
| 142. --ISHARES RUSSELL 1000 Value | C | Int./Div. | M | T | Buy (add'l) | 02/25/14 | J | | |
| 143. | | | | | Buy (add'l) | 06/06/14 | K | | |
| 144. --Dreyfus Appreciation Fd | B | Int./Div. | M | T | Buy (add'l) | 06/04/14 | K | | |
| 145. --American Century small Cap Val Fd (ASVIX) | A | Int./Div. | K | T | Buy (add'l) | 02/21/14 | J | | |
| 146. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 147. --JP Morgan Undscvrd Mngrs | A | Int./Div. | K | T | Buy (add'l) | 06/04/14 | J | | |
| 148. --Hancock Horizon Diversified Intl FD | A | Int./Div. | K | T | Buy | 03/10/14 | M | | |
| 149. | | | | | Sold (part) | 06/04/14 | L | B | |
| 150. SEP #1 ▆▆▆▆ | | | | | | | | | |
| 151. --Thornburg International Value Fund Class I | | None | | | Sold | 03/10/14 | K | A | |
| 152. --Hartford Growth Opportunities Fund Cl A | A | Int./Div. | K | T | Sold (part) | 03/10/14 | J | A | |
| 153. | | | | | Buy (add'l) | 06/04/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --American Euro Pacific Growth Fund Cl F | A | Int./Div. | J | T | Sold (part) | 03/10/14 | J | A | |
| 155. | | | | | Sold (part) | 06/04/14 | K | A | |
| 156. --Wells Fargo Advantage Small Cap Gr Fund A | A | Int./Div. | J | T | Buy (add'l) | 02/24/14 | J | | |
| 157. | | | | | Sold (part) | 03/10/14 | J | A | |
| 158. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 159. --American Century New Opportunities II Investor Fund | A | Int./Div. | J | T | Sold (part) | 03/10/14 | J | A | |
| 160. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 161. --MFS Value Fund Cl A | A | Int./Div. | K | T | Buy (add'l) | 02/21/14 | J | | |
| 162. | | | | | Sold (part) | 03/10/14 | J | A | |
| 163. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 164. --Eaton Vance Large Cap Value FUnd Class A | A | Int./Div. | K | T | Buy (add'l) | 02/21/14 | J | | |
| 165. | | | | | Sold (part) | 03/10/14 | J | A | |
| 166. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 167. --FIA CArd Svcs (formerly ML Bank USA RASP) | A | Int./Div. | K | T | | | | | |
| 168. --ISHARES RUSSELL 1000 GROWTH | A | Int./Div. | K | T | Sold (part) | 03/12/14 | J | A | |
| 169. | | | | | Buy (add'l) | 06/06/14 | J | | |
| 170. --ISHARES RUSSELL 1000 VALUE | A | Int./Div. | K | T | Buy (add'l) | 02/25/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 03/12/14 | J | A | |
| 172. | | | | | Buy (add'l) | 06/06/14 | J | | |
| 173. --Dreyfus Appreciation Fd | A | Int./Div. | K | T | Buy (add'l) | 06/04/14 | J | | |
| 174. --Thomas White International Fund | A | Int./Div. | K | T | Sold (part) | 06/04/14 | K | C | |
| 175. --American Century Small Cap Value | A | Int./Div. | J | T | Buy (add'l) | 02/21/14 | J | | |
| 176. | | | | | Sold (part) | 03/10/14 | J | A | |
| 177. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 178. --JP MORGAN UNDSCVRD MNGRS | A | Int./Div. | J | T | Buy (add'l) | 02/21/14 | J | | |
| 179. | | | | | Sold (part) | 03/10/14 | J | A | |
| 180. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 181. --Hancock Horizon Diversified Intl Fd Inst | A | Int./Div. | J | T | Buy | 03/10/14 | K | | |
| 182. | | | | | Sold (part) | 06/04/14 | K | A | |
| 183. SEP #2 ▓▓▓ | | | | | | | | | |
| 184. --Thornburg International Value Fund Cl 1 | | None | | | Sold | 03/10/14 | J | A | |
| 185. --Hartford Growth Opportunities Fund Cla A | A | Int./Div. | J | T | Buy (add'l) | 06/04/14 | J | | |
| 186. --American Euro Pacific Growth Fund Cl F | A | Int./Div. | J | T | Sold (part) | 06/04/14 | J | A | |
| 187. --Wells Fargo Advantage Small Cap Gr Fund A | A | Int./Div. | J | T | Buy (add'l) | 02/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 189.  --American Century New Opportunities II | A | Int./Div. | J | T | | | | | |
| 190.  --MFS Value Fund Cl A | A | Int./Div. | J | T | Buy (add'l) | 02/21/14 | J | | |
| 191. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 192.  --Eaton Vance Large Cap Value Fund Class A | A | Int./Div. | J | T | Buy (add'l) | 02/21/14 | J | | |
| 193. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 194.  --ISHARES RUSSELL 1000 Growth | A | Int./Div. | J | T | Buy (add'l) | 06/06/14 | J | | |
| 195.  --ISHARES RUSSELL 1000 VALUE | A | Int./Div. | J | T | Buy (add'l) | 02/25/14 | J | | |
| 196. | | | | | Buy (add'l) | 06/06/14 | J | | |
| 197.  --Dreyfus Appreciation Fd | A | Int./Div. | J | T | Buy (add'l) | 06/04/14 | J | | |
| 198.  T--homas White International Fund | A | Int./Div. | J | T | Sold (part) | 06/04/14 | J | A | |
| 199.  --American Century Small Cap Val Fund | A | Int./Div. | J | T | Buy (add'l) | 06/04/14 | J | | |
| 200.  J--P MORGAN UNDSCRVD MNGRS | A | Int./Div. | J | T | Buy (add'l) | 06/04/14 | J | | |
| 201.  --Hancock Horizon Diversified Intl Fd Inst | A | Int./Div. | J | T | Buy | 03/10/14 | J | | |
| 202. | | | | | Sold (part) | 06/04/14 | J | A | |
| 203.  Trust #1 | | None | K | T | | | | | |
| 204.  College Savings Plan: MLIM 20+ Years | A | Dividend | | | Distributed | 01/02/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 05/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust #1 is a charitable trust, the assets of which are cash and an annuity policy with National Integrity. I have no control over the assets of this trust. My obligations are limited to receipt of payments and distribution pursuant to the terms of the trust. I am not a beneficiary of the trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARY GRACE DIEHL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544